In the Matter of LAWRENCE A. BURKE, Appellant, against PHILIP N. KRUG et al., Constituting the Board of Elections of Nassau County et al., Respondents.

(Argued October 15, 1936; decided October 20, 1936.)

576

*David B. Tolins* and *Saul Gordon* for appellant.

*James L. Dowsey, County Attorney* (*Kenneth M. Spence* and *Clarence E. Galston* of counsel), for Philip N. Krug et al., constituting the Board of Elections of Nassau county, respondents.

*Howard G. Wilson, H. Stewart McKnight* and *Henry J. A. Collins* for Nassau County Commission on Governmental Revision, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.